# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

138056 & (94)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 138056
COA: 279219
Wayne CC: 98-001357

ORLANDO FLOWERS,
      Defendant-Appellant.

_____/

      On order of the Court, the motion to amend application is GRANTED. The application for leave to appeal the November 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

s0720

Clerk